IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MILTON THOMAS ANDERSON                                                      PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:11-cv-67-HSO-JMR

JACKSON COUNTY, et al.                                                      DEFENDANTS

ORDER

This cause comes before this court, sua sponte. Upon a review of the docket entries, this court finds that there has been a change of address for the plaintiff filed April 22, 2011. Two separate orders [10 & 11] were entered on April 19, 2011. However, it is unclear whether or not the plaintiff received a copy of the orders [10 & 11]. Therefore, out of an abundance of caution, it is hereby,

ORDERED:

1. That the clerk is directed to mail to the plaintiff at his new address provided by him on April 22, 2011, a copy of the orders [10 & 11] entered on April 19, 2011.

2. That the plaintiff comply with the order [11] of April 19, 2011, directing him to file a response and provide additional information **on or before May 12, 2011.**

3. That the plaintiff is warned that failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of this case.

THIS, the 26th day of April, 2011.

                                                            *s/ John M. Roper*
                                                    CHIEF MAGISTRATE JUDGE