IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MILTON THOMAS ANDERSON**                                                  **PLAINTIFF**

**VERSUS**                                  **CIVIL ACTION NO. 1:11-cv-67-HSO-JMR**

**JACKSON COUNTY,**
**KEN BROADUS**
**and JOHN DOES 1-6**                                            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that Plaintiff's claims are dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i) and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED AND ADJUDGED**, this the 4th day of October, 2011.

                                                   *s/ Halil Suleyman Ozerden*
                                                   HALIL SULEYMAN OZERDEN
                                                   UNITED STATES DISTRICT JUDGE